UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
THE PROVIDENCE GROUPS, LLC,    :    Civil Action No. _____
:
Plaintiff,    :
:
v.    :
:    **ORDER TO SHOW CAUSE**
OMNI ADMINISTRATORS INC. d/b/a/ LEADING    :    **FOR PRELIMINARY**
EDGE ADMINISTRATORS,    :    <u>**INJUNCTION**</u>
:
Defendant.    :
:
:
-------------------------------------------------------------------- X

    Upon the annexed declaration of Gretchen Cox, dated October 21, 2020, together with the exhibits attached thereto, the accompanying memorandum of law of Plaintiff, The Providence Groups, LLC ("Plaintiff" or "Providence"), in support of its motion for a preliminary injunction, dated October 21, 2020, and the accompanying Complaint in this action, dated October 21, 2020, and sufficient cause having been shown,

    IT IS HEREBY ORDERED that Defendant Omni Administrators Inc. d/b/a Leading Edge Administrators ("Defendant" or "LEA") show cause before this court, at Room __, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on _____ __, 2020, at _____ a.m./p.m., or as soon thereafter as counsel may be heard why an Order should not be made and entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure and 29 U.S.C. § 1132(a)(3):

    (a)    directing LEA to provide a full accounting of its administration of the Providence health benefit plan, including a reconciliation of all funding provided by Providence, all claims paid, and all claims submitted to an paid by the stop loss insurer for the plan, within fifteen days of the issuance of any order granting this application; and

    (b)    granting such other and further relief as the Court deems just and proper;

and it is further

ORDERED that service of a copy of this Order together with the papers upon which it is based, shall be made by overnight delivery upon Defendant on or before October __, 2020, and that the aforementioned service shall be deemed good and sufficient service; and it is further

ORDERED that Defendant's answering papers, if any, shall be filed and served upon Plaintiff's counsel via ECF on or before October ___, 2020; and it is further

ORDERED that reply papers, if any, shall be filed and served upon Defendant's counsel via ECF on or before _____, 2020.

Dated:   Brooklyn, New York
         October __, 2020

E N T E R:

_____
United States District Judge