# Exhibit 3

# The Providence Health Group

12/1/2018 Renewal

September 13, 2018



EMPLOYEE BENEFITS
INSURANCE
RISK MANAGEMENT
WEALTH MANAGEMENT

AN ALERA GROUP COMPANY



# Meeting Agenda

▽ Renewal Dates

▽ 12/1/2017-8/31/2018 Medical and Rx Claim Review

▽ 12/1/2018 Medical Renewal

- Leading Edge ASO & Stop-Loss Renewal
- Reliance Standard Renewal

▽ 12/1/2018 Non-Medical Marketing Analysis

▽ 12/1/2018 Dental Claims and Renewal

▽ Items of Discussion

- Meridio and Employee Navigator
- Auto and Property Insurance
- Open Enrollment Timeline



© GCG

AN **ALERA GROUP** COMPANY



2

# Renewal Dates

| Carrier Vendor | Line of Coverage | Renewal Date |
|---|---|---|
| Leading Edge | Medical | 12/1/2018 |
| Reliance Standard | Medical | 12/1/2018 |
| UHC | Voluntary Dental | 12/1/2018 |
| UHC | Voluntary Vision | 12/1/2020 |
| UHC | Basic Life and AD&D | 12/1/2019 |
| UHC | Disability (Long and Short Term) | 12/1/2019 |

© GCG

AN **ALERA GROUP** COMPANY

3



# Total Costs – 12/1/2017 – 8/31/2018

Total costs (claims and fixed costs) have totaled $508 PEPM

| Paid Month | Enrolled | Single | Fam | M+S | M+C | Stop-Loss Prem | Admin | Total Fixed Cost | Med Claims | Rx Claims | Specific SL Claims | Total Net Claims | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2017 | 167 | 142 | 5 | 10 | 10 | $25,885 | $13,444 | $39,329 | $0 | $10,303 | $0 | $10,303 | $49,632 |
| 1/1/2018 | 254 | 203 | 14 | 17 | 20 | $41,742 | $20,447 | $62,189 | $1,489 | $14,864 | $0 | $16,352 | $78,541 |
| 2/1/2018 | 252 | 203 | 13 | 17 | 19 | $41,121 | $20,286 | $61,407 | $37,390 | $13,134 | $0 | $50,524 | $111,931 |
| 3/1/2018 | 241 | 194 | 11 | 16 | 20 | $39,351 | $19,401 | $58,752 | $41,198 | $18,615 | $0 | $59,812 | $118,564 |
| 4/1/2018 | 240 | 190 | 13 | 16 | 21 | $39,772 | $19,240 | $59,012 | $35,176 | $21,939 | $0 | $57,115 | $116,127 |
| 5/1/2018 | 239 | 190 | 13 | 18 | 18 | $39,462 | $19,159 | $58,621 | $16,877 | $20,566 | $0 | $37,443 | $96,064 |
| 6/1/2018 | 232 | 182 | 14 | 18 | 18 | $38,751 | $18,596 | $57,346 | $238,534 | $24,233 | $115,417 | $147,350 | $204,697 |
| 7/1/2018 | 235 | 185 | 12 | 19 | 19 | $39,134 | $18,837 | $57,971 | $23,237 | $21,427 | $505 | $44,159 | $102,129 |
| 8/1/2018 | 229 | 178 | 13 | 18 | 20 | $38,551 | $18,354 | $56,905 | $95,209 | $32,814 | $1,521 | $126,502 | $183,407 |
| Total | 2089 | 1667 | 108 | 149 | 165 | $343,769 | $167,762 | $511,531 | $489,110 | $177,895 | $117,444 | $549,562 | $1,061,092 |



© GCG

AN ALERA GROUP COMPANY

# Current Costs vs. Fully Insured – 12/2017 – 8/2018



## 9 Months Performance Review

| | Est'd Fully Insured Renewal | Current Amount |
|---|---|---|
| Admin/Broker | | $167,762 |
| Stoploss Premium | | $343,769 |
| Total Fixed Cost | | $511,531 |
| Claims Spend | | $549,562 |
| Total | $1,275,146 | $1,061,092 |

| Over 9 months | |
|---|---|
| Est'd Renewal Cost | $1,275,146 |
| Current Total Cost | $1,061,092 |
| Difference | $214,053 |
| Est'd Saving Percent | 17% |

Providence Group has saved an estimated 17% under the current medical funding arrangement compared to staying fully insured for the 2017-18 plan year



© GCG

AN ALERA GROUP COMPANY

6

# Large Claimants – 12/2017 – 8/2018



| Member | Gender | Relation | Status | Employer Name | Diag Description | Paid Claims |
|---|---|---|---|---|---|---|
| 1 | F | E | Active | Harbor Healthcare Of Ironton | ENCOUNTER FOR ANTINEOPLASTIC CHEMOTHERAPY | $ 192,443.59 |
| 2 | F | E | Active | Fairhaven Opco Dba Madison Park | UNSPECIFIED, OVARIAN CYST, RIGHT SIDE | $ 31,658.20 |
| 3 | M | H | Active | Opco Swannanoa NC, Llc | ENCNTR FOR GENERAL ADULT MEDICAL EXAM W/O ABNORMAL FINDINGS | $ 24,348.55 |
| 4 | F | E | Active | Karmenta Center, Llc | MALIGNANT NEOPLASM OF RIGHT FEMALE BREAST | $ 18,179.14 |
| 5 | F | E | Active | Angels For The Elderly | INGROWING NAIL | $ 16,993.29 |
| 6 | F | E | Active | Karmenta Center, Llc | CENTRAL RETINAL VEIN OCCLS, RT EYE W MACEDEMA | $ 16,040.80 |
| 7 | F | E | Active | Bethel Center, Llc | ENDOMETRIOSIS OF UTERUS | $ 15,972.52 |
| 8 | F | E | Active | Angels For The Elderly | MALIG NEOPLM OF UPPER-INNER QUADRANT OF RIGHT FEMALE BREAST | $ 15,437.62 |
| 9 | F | E | Active | Harbor Healthcare Of Ironton | AGE-RELATED NUCLEAR CATARACT, BILATERAL | $ 14,247.46 |
| 10 | F | E | Active | Harbor Healthcare Of Ironton | CHEST PAIN, UNSPECIFIED | $ 13,426.05 |
| 11 | F | E | Active | Opco Swannanoa NC, Llc | MISSED ABORTION | $ 12,672.74 |
| 12 | F | E | Active | Harbor Healthcare Of Ironton | PNEUMONIA, UNSPECIFIED ORGANISM | $ 11,892.57 |
| | | | | | Total | $ 383,312.53 |

These large claimants have accounted for 57.5% of gross claims during the plan year



© GCG

AN **ALERA** GROUP COMPANY

7

# Magellan Rx – Utilization

## Brand / Generic



## Mail / Retail



| | 2017 December | 2018 January | February | March | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| # Rx Paid | 177 | 413 | 393 | 414 | 437 | 410 | 423 | 386 | 444 | 3,497 |
| # Rx PMPM | 0.84 | 1.20 | 1.15 | 1.20 | 1.26 | 1.18 | 1.29 | 1.20 | 1.35 | 10.68 |
| # Rx PEPM | 1.05 | 1.55 | 1.53 | 1.60 | 1.71 | 1.62 | 1.77 | 1.62 | 1.87 | 14.31 |
| # Controlled Substance | 17 | 36 | 31 | 35 | 37 | 49 | 53 | 38 | 47 | 343 |
| % Controlled Substance | 9.60% | 8.72% | 7.89% | 8.45% | 8.47% | 11.95% | 12.53% | 9.84% | 10.59% | 88.04 |
| # Generic | 157 | 374 | 353 | 373 | 388 | 373 | 379 | 341 | 397 | 3,135 |
| % Generic | 88.70% | 90.50% | 89.82% | 90.10% | 88.79% | 90.98% | 89.60% | 88.34% | 89.41% | 806.29 |
| # Single Source | 14 | 25 | 27 | 30 | 36 | 23 | 30 | 29 | 36 | 250 |
| % Single Source | 7.91% | 6.05% | 6.87% | 7.25% | 8.24% | 5.61% | 7.09% | 7.51% | 8.11% | 64.64 |
| # DAW | 1 | 3 | 3 | 2 | 2 | 1 | 2 | 2 | 3 | 19 |
| % DAW | 0.56% | 0.73% | 0.76% | 0.48% | 0.46% | 0.24% | 0.47% | 0.52% | 0.68% | 4.91 |
| # Mail Order | 0 | 5 | 0 | 3 | 4 | 3 | 0 | 7 | 5 | 27 |
| % Mail Order | 0.00% | 1.21% | 0.00% | 0.72% | 0.92% | 0.73% | 0.00% | 1.81% | 1.13% | 6.52 |



© GCG

AN ALERA GROUP COMPANY

# Magellan Rx – Rolling Monthly Averages

## Utilization

| | Average |
|---|---|
| # Rx Paid | 388.56 |
| # Rx PMPM | 1.19 |
| # Rx PEPM | 1.59 |
| # Controlled Substance | 38.11 |
| % Controlled Substance | 9.78 |
| # Generic | 348.33 |
| % Generic | 89.59 |
| # Single Source | 27.78 |
| % Single Source | 7.18 |
| # DAW | 2.11 |
| % DAW | 0.55 |
| # Mail Order | 3.00 |
| % Mail Order | 0.72 |

## Costs

| | Average |
|---|---|
| Total Cost | $25,566.42 |
| Plan Paid | $19,750.85 |
| Total Copay | $5,815.57 |
| Total Cost Per Rx | $65.68 |
| Plan Paid Per Rx | $50.99 |
| Plan Paid PMPM | $60.81 |
| Plan Paid PEPM | $81.76 |
| Copay Per Rx | $14.69 |
| Copay PEPM | $23.85 |
| Members Presenting | $160.83 |

## Enrollment

| | Average |
|---|---|
| Enrolled Employees | 241.67 |
| Enrolled Members | 323.56 |
| Members Per Employee | 1.34 |
| # of Members Presenting | 123.22 |
| % Members Presenting | 37.74 |

## Specialty

| | Average |
|---|---|
| Plan Paid | $2,817.18 |
| Total Copay | $688.27 |
| # Of Members | 1.33 |
| # Specialty Rx | 1.78 |
| % Total Paid | 14.26 |



© GCG

AN ALERA GROUP COMPANY



# Stop-Loss Contracts

Stop-loss contracts are **VERY** specific about which claims are covered under the policy. The contract will only cover claims that were incurred and paid within the stated period. If a claim is incurred or paid outside the stated period in the contract, the claim will not be covered.

**12 / 12**
Incurred Length    Paid Length

In a 12/12 contract, a claim is only covered if it is incurred within a 12 month contract, and paid within the same within the same 12 months.

**15 / 12**
Incurred Length    Paid Length

A 15/12 contract covers claims paid during the new plan year that were incurred during the prior 3 months.

**24+ / 12**
Incurred Length    Paid Length

A 24/12 contract covers claims paid during the new plan year that were incurred during the prior 12 months.

When first moving to a self-funded model, a 12/12 contract is used. In the second year, either a 15/12 or 24/12 contract is used to insure that claims paid prior to the new plan year are covered under the stop loss agreement.


GCG



# 2018-19 Medical Renewal Overview – Fixed Costs

| Plan Administration (ASO) | Current 2017-18 Plan Year | Renewal 15/12 $75,000 | Renewal 24/12 $75,000 | Renewal 15/12 $100,000 |
|---|---|---|---|---|
| Enrolled Population (Medical) | 229 | 229 | 229 | 229 |
| Administration | Leading Edge | Leading Edge | Leading Edge | Leading Edge |
| Network | Cigna | Cigna | Cigna | Cigna |
| Rx | Magellan | Magellan | Magellan | Magellan |
| Total Composite ASO Fees (PEPM) | $80.50 | $81.50 | $81.50 | $81.50 |
| Annual Administration Totals ($) | $221,214 | $223,962 | $223,962 | $223,962 |
| - Admin Percentage (%) Difference | N/A | 1.2% | 1.2% | 1.2% |

| Stop Loss Re-Insurance | Current 2017-18 Plan Year | Renewal 15/12 $75,000 | Renewal 24/12 $75,000 | Renewal 15/12 $100,000 |
|---|---|---|---|---|
| Specific Stop Loss | US Fire Insurance Company | Us Fire Insurance Company | US Fire Insurance Company | Us Fire Insurance Company |
| - Stop Loss Contract (Incurred/Paid Months) | 12/12 | 15/12 | 24/12 | 15/12 |
| - Specific Stop Loss Deductible | $75,000 | $75,000 | $75,000 | $100,000 |
| - Specific Benefit Applies to: | Medical & Rx | Medical & Rx | Medical & Rx | Medical & Rx |
| Specific Stop Loss Rate (PEPM) | $156.94 | $184.98 | $192.19 | $144.95 |
| Aggregate Stop Loss Premium PEPM | $11.40 | $9.18 | $9.43 | $11.20 |
| Annual Stop Loss Totals ($) | $462,598 | $533,552 | $554,052 | $429,100 |
| - SSL Percentage (%) Difference | N/A | 15.3% | 19.8% | -7.2% |

| Fixed Costs Totals | Current 2017-18 Plan Year | Renewal 15/12 $75,000 | Renewal 24/12 $75,000 | Renewal 15/12 $100,000 |
|---|---|---|---|---|
| - Annual Fixed Cost | $683,812 | $757,514 | $778,014 | $653,062 |
| - PEPM Fixed Cost | $248.84 | $275.66 | $283.12 | $237.65 |
| - Percentage (%) Difference | N/A | 10.8% | 13.8% | -4.5% |



© GCG

AN ALERA GROUP COMPANY



# 2018-19 Medical Renewal Overview – Claim Liability

| Attachment Factors | Current 2017-18 Plan Year | Renewal 15/12 $75,000 | Renewal 24/12 $75,000 | Renewal 15/12 $100,000 |
|---|---|---|---|---|
| - Attachment Corridor | 125% | 125% | 125% | 125% |
| - Expected Claims (PEPM) | $303.70 | $315.48 | $386.23 | $333.71 |
| - Maximum Claims (PEPM) | $379.63 | $394.34 | $482.79 | $417.14 |
| - Expected Claims Liability | $834,572 | $1,025,067 | $1,061,372 | $1,084,330 |
| - Maximum Claims Liability | $1,043,215 | $1,281,334 | $1,326,715 | $1,355,412 |
| Total Expected Liability | $1,518,384 | $1,782,581 | $1,839,386 | $1,737,392 |
| Total Maximum Liability | $1,717,027 | $2,038,848 | $2,104,729 | $2,008,474 |
| % Increase from Current (Expected) | - | 17.4% | 21.1% | 14.4% |
| % Increase from Current (Maximum) | - | 18.1% | 21.9% | 16.3% |

Expected claims are projected to increase by 17.4% if Providence retains a $75,000 stop loss deductible based on a 15/12 contract.



© GCG

AN **ALERA GROUP** COMPANY





# 12/1/2018 Non-Medical Marketing Analysis

| Dental Carriers Approached | Result | Annual Premiums |
|---|---|---|
| United Health Care | Incumbent - Current | $106,302 |
| United Health Care | Incumbent - Renewal | $106,302 |
| United Health Care | Negotiated - Renewal | $95,677 |
| Guardian | Shown in Proposal | $96,679 |
| Principal - Stand Alone Rates | Shown in Proposal | $155,097 |
| Principal - Packaged Sale Rates | Shown in Proposal | $147,348 |
| Lincoln Financial | Declined to Quote - Not Competitive | |
| Unum | Declined to Quote - Not Competitive | |

| Life & Disability Carriers Approached | Result | Annual Premiums |
|---|---|---|
| United Health Care | Under Rate Guarantee | $59,634 |
| United Health Care | Negotiated Renewal | $55,312 |
| Guardian | Shown in Proposal | $50,855 |
| Principal - Stand Alone Rates | Shown in Proposal | $49,259 |
| Principal - Packaged Sale Rates | Shown in Proposal | $46,537 |
| Lincoln Financial | Declined to Quote - Not Competitive | |
| Unum | Declined to Quote - Not Competitive | |

| Vision Carriers Approached | Result | Annual Premiums |
|---|---|---|
| United Health Care | Under Rate Guarantee | $19,256 |
| Guardian | Shown in Proposal | $23,481 |
| Principal - Stand Alone Rates | Shown in Proposal | $28,273 |
| Principal - Packaged Sale Rates | Shown in Proposal | $28,273 |
| Lincoln Financial | Declined to Quote - Not Competitive | |
| Unum | Declined to Quote - Not Competitive | |

UHC is offering a $5,000 implementation credit. The credit will be sent via check following 12/1 renewal



© GCG



AN **ALERA GROUP** COMPANY

15

# Non-Medical Marketing - Dental

| PPO | | United Health Care | | | Alternative Carrier Options | | |
|---|---|---|---|---|---|---|---|
| | | **Current** | **Renewal**<br>1 Year (Until 11/30/2019) | **Negotiated Renewal**<br>1 Year (Until 11/30/2019) | **Guardian**<br>2 Years (Until 11/30/2020) | **Principal**<br>1 Year (Until 11/30/2019) | **Principal**<br>1 Year (Until 11/30/2019) |
| Rate Guarantee | | | | | | | |
| Employee | 132 | $29.72 | $29.72 | $26.75 | $27.03 | $43.25 | $41.09 |
| Employee + Spouse | 31 | $59.42 | $59.42 | $53.48 | $54.04 | $81.49 | $77.41 |
| Employee + Child(ren) | 20 | $60.43 | $60.43 | $54.39 | $54.96 | $95.01 | $90.27 |
| Family | 20 | $94.24 | $94.24 | $84.62 | $85.71 | $139.47 | $132.50 |
| Monthly Total | 203 | $8,858 | $8,858 | $7,973 | $8,057 | $12,925 | $12,279 |
| Annual Totals | | $106,302 | $106,302 | $95,677 | $96,679 | $155,097 | $147,348 |
| Annual Cost Variance from Current | | | | | | | |
| Annual Cost Variance from Renewal | | | $0 | ($10,625) | ($9,622) | $48,796 | $41,046 |

| PPO | Current<br>In-Network | Negotiated Renewal<br>Out-of-Network | Guardian<br>In-Network | Guardian<br>Out-of-Network | Principal<br>In-Network | Principal<br>Out-of-Network | Principal<br>In-Network | Principal<br>Out-of-Network |
|---|---|---|---|---|---|---|---|---|
| Individual Annual Deductible | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Family Annual Deductible | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 |
| Preventive (Plan/Member) | 100/0 | 100/0 | 100/0 | 100/0 | 100/0 | 100/0 | 100/0 | 100/0 |
| Basic (Plan/Member) | 80/20 | 80/20 | 80/20 | 80/20 | 80/20 | 80/20 | 80/20 | 80/20 |
| Major (Plan/Member) | 50/50 | 50/50 | 50/50 | 50/50 | 50/50 | 50/50 | 50/50 | 50/50 |
| Endodontics | Major | Major | Major | Major | Major | Major | Major | Major |
| Periodontics (Surgical) | Major | Major | Major | Major | Major | Major | Major | Major |
| Annual Maximum | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| Reasonable & Customary | 90th Percentile | | 90th Percentile | | 80th Percentile | | 80th Percentile | |
| Dental Participation Requirements | VOLUNTARY - 31% Participation | | VOLUNTARY - 31% Participation | | VOLUNTARY - 20% Participation | | VOLUNTARY - 20% Participation | |



© GCG

AN ALERA GROUP COMPANY

# Non-Medical Marketing - Vision

| | | United Health Care — Current — 1 Year (Until 11/30/2019) | | Guardian — 2 Years (Until 11/30/2020) | | Alternative Carrier Options — Principal — 1 Year (Until 11/30/2019) | | Principal — 1 Year (Until 11/30/2019) | |
|---|---|---|---|---|---|---|---|---|---|
| **PPO** | | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Rate Guarantee | | | | | | | | | |
| Employee | 127 | $5.80 | | $7.69 | | $8.87 | | $8.87 | |
| Employee + Spouse | 31 | $10.99 | | $12.94 | | $15.53 | | $15.53 | |
| Employee + Child(ren) | 17 | $12.89 | | $13.19 | | $17.78 | | $17.78 | |
| Family | 17 | $18.13 | | $20.87 | | $26.23 | | $26.23 | |
| Monthly Total | 192 | $1,605 | | $1,957 | | $2,356 | | $2,356 | |
| Annual Totals | | $19,256 | | $23,481 | | $28,273 | | $28,273 | |
| Annual Cost Variance from Current | | | | $4,226 | | $9,018 | | $9,018 | |

| **Network** | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
|---|---|---|---|---|---|---|---|---|
| **Service Frequency** | | | | | | | | |
| Eye Exam | Once Every 12 Months | | Once Every 12 Months | | Once Every 12 Months | | Once Every 12 Months | |
| Lenses/Contacts | Once Every 12 Months | | Once Every 12 Months | | Once Every 12 Months | | Once Every 12 Months | |
| Frames | Once Every 24 Months | | Once Every 24 Months | | Once Every 24 Months | | Once Every 24 Months | |
| **Services & Materials** | Copay | Copay | Copay | Reimbursement | Copay | Reimbursement | Copay | Reimbursement |
| Eye Exam | $10 | Up to $40 | $10 | Up to $59 | $10 | Up to $46 | $10 | Up to $46 |
| Single Vision Lenses | $25 | Up to $40 | $25 | Up to $30 | $25 | Up to $30 | $25 | Up to $30 |
| Bifocal Lenses | $25 | Up to $60 | $25 | Up to $50 | $25 | Up to $50 | $25 | Up to $50 |
| Trifocal Lenses | $25 | Up to $80 | $25 | Up to $65 | $25 | Up to $65 | $25 | Up to $65 |
| Progressive Lenses | | | | | | | | |
| Contacts (Allowance) | $130 | Up to $105 | $130 | Up to $120 | $150 | Up to $105 | $150 | Up to $105 |
| Frames (Allowance) | $130 | Up to $45 | $130 | Up to $70 | $150 | Up to $70 | $150 | Up to $70 |
| **Additional Benefits** | | | | | | | | |
| Participation Requirement | Voluntary | | Voluntary | | Voluntary | | Voluntary | |

 © GCG

AN **ALERA GROUP** COMPANY

17

# Non-Medical Marketing – Life and Disability

|  | United Health Care — Current (1 Year, Until 11/30/2019) | United Health Care — Renewal (1 Year, Until 11/30/2019) | Guardian — Current (1 Year, Until 11/30/2019) | Guardian (2 Years, Until 11/30/2020) | Principal (2 Years, Until 11/30/2020) | Principal (2 Years, Until 11/30/2020) |
|---|---|---|---|---|---|---|
| **LIFE & AD&D** | | | | | | |
| Rate Guarantee | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) |
| **Benefit Amounts** | | | | | | |
| Class 1: All Management Employees | 1×Salary to $200,000 | 1×Salary to $200,000 | 1×Salary to $200,000 | 1×Salary to $200,000 | 1×Salary to $200,000 | 1×Salary to $200,000 |
| Class 2: All Other FT Employees | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Guaranteed Issue Amount | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 | $200,000 |
| AD&D Benefit Amount | Equal to Life Benefit | Equal to Life Benefit | Equal to Life Benefit | Equal to Life Benefit | Equal to Life Benefit | Equal to Life Benefit |
| **Age Reduction Benefit Schedule** | | | | | | |
| Age 65: Benefit Reduces To | 65% | 65% | 65% | 65% | 65% | 65% |
| Age 70: Benefit Reduces To | 50% | 50% | 50% | 50% | 50% | 50% |
| Volume | $18,010,000 | $18,010,000 | $18,010,000 | $18,010,000 | $18,085,250 | $18,085,250 |
| Life Rate per $1,000 | $0.140 | $0.120 | $0.120 | $0.120 | $0.129 | $0.122 |
| AD&D Rate per $1,000 | $0.020 | $0.020 | $0.020 | $0.020 | $0.015 | $0.015 |
| **Total Monthly Life & AD&D** | $2,882 | $2,521 | $2,521 | $2,522 | $2,604 | $2,478 |
| **SHORT TERM DISABILITY** | | | | | | |
| Rate Guarantee | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) |
| **Class 1: All Management Employees** | | | | | | |
| Benefit Percentage | 60% | 60% | 60% | 60% | 60% | 60% |
| Maximum Weekly Benefit | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Definition of Disability | Residual | Residual | Residual | Residual | Residual | Residual |
| Elimination Period — Accident: Benefits Begin On | 0 Days (1st Day Benefit) | 0 Days (1st Day Benefit) | 0 Days (1st Day Benefit) | 0 Days (1st Day Benefit) | 0 Days (1st Day Benefit) | 0 Days (1st Day Benefit) |
| Elimination Period — Sickness: Benefits Begin On | 7 Days (8th Day Benefit) | 7 Days (8th Day Benefit) | 7 Days (8th Day Benefit) | 7 Days (8th Day Benefit) | 7 Days (8th Day Benefit) | 7 Days (8th Day Benefit) |
| Duration of Benefits | 13 Weeks | 13 Weeks | 13 Weeks | 13 Weeks | 13 Weeks | 13 Weeks |
| Cost of Coverage Paid By | Employer | Employer | Employer | Employer | Employer | Employer |
| Volume | $27,667 | $27,667 | $27,667 | $27,667 | $28,914 | $28,914 |
| Rate per $10 of benefit | $0.40 | $0.40 | $0.40 | $0.32 | $0.27 | $0.25 |
| **Total Monthly STD Cost** | $1,107 | $1,107 | $1,107 | $885 | $781 | $723 |
| **LONG TERM DISABILITY** | | | | | | |
| Rate Guarantee | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 1 Year (Until 11/30/2019) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) | 2 Years (Until 11/30/2020) |
| **Class 1: All Management Employees** | | | | | | |
| Benefit Percentage | 60% | 60% | 60% | 60% | 60% | 60% |
| Maximum Monthly Benefit | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Definition of Disability | 2 Year Residual | 2 Year Residual | 2 Year Residual | 2 Year Residual | 2 Year Residual | 2 Year Residual |
| Cost of Coverage Paid By | Employer | Employer | Employer | Employer | Employer | Employer |
| Elimination Period | 90 Days | 90 Days | 90 Days | 90 Days | 90 Days | 90 Days |
| Duration of Benefits | SSNRA | SSNRA | SSNRA | SSNRA | SSNRA | SSNRA |
| Pre-Existing Condition | 3/12 | 3/12 | 3/12 | 3/12 | 3/12 | 3/12 |
| Covered Payroll | $202,731 | $202,731 | $202,731 | $202,731 | $211,746 | $211,746 |
| Rate per $100 of payroll | $0.484 | $0.484 | $0.484 | $0.410 | $0.340 | $0.320 |
| **Total Monthly LTD Cost** | $981 | $981 | $981 | $831 | $720 | $678 |
| **Combined Monthly Cost** | $4,969 | $4,609 | $4,609 | $4,238 | $4,105 | $3,878 |
| **Combined Annual Cost** | $59,634 | $55,312 | $55,312 | $50,855 | $49,259 | $46,537 |
| Annual Cost Variance from Current | -- | ($4,322) | ($4,322) | ($8,779) | ($10,375) | ($13,097) |
| Annual Cost Variance from Renewal | -- | -- | -- | ($8,779) | ($8,884) | ($8,744) |

*To be competitive with Guardian's proposal, UHC is offering a $5,000 implementation credit. This credit will be in the form of a check paid to Providence after 12/1/2018*



GCG

AN ALERA GROUP COMPANY



# Dental Premium vs Claims – 12/1/2017 – 8/31/2018

© GCG

| Business Category | Incurred Date | Insured Subscribers | Insured Dependents | Members | Collected Revenue | Incurred Claim (includes IBNR) | BCR |
|---|---|---|---|---|---|---|---|
| PPO | 12/2017 | 157 | 75 | 232 | $6,218 | $1,306 | 21.0% |
| PPO | 01/2018 | 248 | 145 | 393 | $10,472 | $4,583 | 43.8% |
| PPO | 02/2018 | 245 | 140 | 385 | $10,293 | $5,369 | 52.2% |
| PPO | 03/2018 | 238 | 141 | 379 | $10,051 | $4,831 | 48.1% |
| PPO | 04/2018 | 236 | 138 | 374 | $9,906 | $6,166 | 62.1% |
| PPO | 05/2018 | 237 | 128 | 365 | $9,930 | $4,685 | 47.2% |
| PPO | 06/2018 | 230 | 123 | 353 | $9,668 | $8,768 | 91.6% |
| PPO | 07/2018 | 221 | 119 | 340 | $9,240 | $5,401 | 58.5% |
| PPO Total | | 1,812 | 1,009 | 2,821 | $75,709 | $41,110 | 54.3% |

AN ALERA GROUP COMPANY



# 12/1/2018 Dental Renewal

Initially, UHC's dental renewal called for a rate pass.  GCG leveraged Guardian's proposal with UHC, resulting in a 10% decrease off current rates.



| PPO | Rate Guarantee | Current | United Health Care Renewal 1 Year (Until 11/30/2019) | Negotiated Renewal 1 Year (Until 11/30/2019) | Guardian 2 Years (Until 11/30/2020) |
|---|---|---|---|---|---|
| Employee | 132 | $29.72 | $29.72 | $26.75 | $27.03 |
| Employee + Spouse | 31 | $59.42 | $59.42 | $53.48 | $54.04 |
| Employee + Child(ren) | 20 | $60.43 | $60.43 | $54.39 | $54.96 |
| Family | 20 | $94.24 | $94.24 | $84.82 | $85.71 |
| Monthly Total | 203 | $8,858 | $8,858 | $7,973 | $8,057 |
| Annual Totals | | $106,302 | $106,302 | $95,677 | $96,679 |
| Annual Cost Variance from Current | | | $0 | ($10,625) | ($9,622) |
| Annual Cost Variance from Renewal | | | | | ($9,622) |


© GCG





# Meridio and Employee Navigator

For 12/1/2018, GCG recommends Providence replace BPA with a new enrollment company, Meridio. Meridio will enter benefit elections through Employee Navigator, eliminating the need for each Providence location to enter elections through carrier portals.

Through Employee Navigator, file feeds can be sent to Leading Edge, UHC and Reliance. Each carrier has agreed to waive fees for setting up the file feeds. As a result, costs will be limited to a per employee per month of $0.45.

Based on current life enrollment of 656 employees, this would result in total monthly fees of $295.20 (656 x $0.45), and annual fees of $3,542.



AN **ALERA** GROUP COMPANY

23

# Personal Auto and Property

Through MetLife, Providence can offer employee-paid Auto and Home Insurance. This coverage would be effective on 10/1/2018. Employees typically realize savings of up to 20% depending on their coverage.

Below are highlights of this coverage"

- Competitive Group Discounts
- Payroll Deduction Discounts
- Coverage can include Boat, Flood, Renter's and Condo Insurance
- A $50 benefit may be used towards insured's deductible for claim-free driving

MetLife will market this coverage through direct mail and email campaigns. Notices will be sent to each employee up to 4 times/year.

New Hires will be notified of this coverage by Meridio. Meridio will not enroll employees, but provide information on how to contact MetLife to enroll.



GCG



# Open Enrollment Timeline



| Providence Health Group | Deadline |
|---|---|
| Open Enrollment Period - | Option 1: 10/15 – 10/19 |
| (The week of Oct. 22 is not available for OE) | Option 2: 10/29 – 11/2 |
| **Renewal Planning Milestones** | |
| GCG Delivers Renewal to Providence | 9/13/2018 |
| Providence to Finalize Renewal Decisions | 9/21/2018 |
| GCG notifies carriers of renewal decisions and requests SBC's | 9/25/2018 |
| GCG sends updated Employee Benefit Handouts to Providence | 9/28/2018 |
| Providence announces dates of Open Enrollment | 10/1/2018 |
| GCG to send to Providence Annual Notices | 10/1/2018 |
| GCG to send final SBC's to Providence | 10/10/2018 |
| Providence sends reminder that Open Enrollment will begin on Monday | 10/12/2018 |
| Providence sends reminder that Open Enrollment will end on Friday | 10/19/2018 |
| Final Day for Providence to process Open Enrollment Changes | 10/24/2018 |
| Deadline for carriers to receive Open Enrollment changes | 11/15/2018 |
| New Plan Year begins | 12/1/2018 |



AN **ALERA GROUP** COMPANY

25



# Contact Us

## Linda Tarpo
Vice President, Benefits Consultant
(847) 457-3114
linda.tarpo@gcgfinancial.com

## Kevin Carney
Account Executive
(847) 457-3045
kevin.carney@gcgfinancial.com

## Deann Gerber
Account Manager
(847) 618-7828
deann.gerber@gcgfinancial.com

## Mark Santoria
Financial Analyst
(847) 457-3194
mark.santoria@gcgfinancial.com



# Medical Plan Designs



| CURRENT PLAN DESIGNS | PPO Individual / Family | HSA Individual / Family |
|---|---|---|
| **IN-NETWORK** | | |
| Deductible | $2,500 / $7,500 | $5,000 / $10,000 |
| Out of Pocket Maximum | $6,600 / $13,200 | $6,600 / $13,200 |
| Coinsurance | 30% | 20% |
| Preventive Care | No Charge | No Charge |
| Physician Copay | $30 | *subj to ded and coins* |
| Specialist Copay | $60 | *subj to ded and coins* |
| Hospital Copay | *subj to ded and coins* | *subj to ded and coins* |
| Outpatient Surgery Copay | *subj to ded and coins* | *subj to ded and coins* |
| Adv Radiology Imaging Copay | *subj to ded and coins* | *subj to ded and coins* |
| Urgent Care Copay | *subj to ded and coins* | *subj to ded and coins* |
| Emergency Room Copay | $250 | *subj to ded and coins* |
| **OUT-OF-NETWORK** | | |
| Deductible | $5,000 / $15,000 | $10,000 / $20,000 |
| Out of Pocket (Incl. Ded.) | $13,200 / $26,400 | $20,000 / $40,000 |
| Coinsurance | 50% | 30% |
| Physician Copay | *subj to ded and coins* | *subj to ded and coins* |
| Specialist Copay | *subj to ded and coins* | *subj to ded and coins* |
| **RX** | | |
| Deductible | N/A | *subj to ded and coins* |
| Tier1/ Tier 2/Tier 3 | $15 / $30 / $45 | N/A |
| Mail Order (90 day supply) | 3x copay | N/A |



# Dental Plan Design



| | In Network | Out of Network |
|---|---|---|
| **Diagnostic Service** | | |
| Periodic Oral Evaluation | 100% | 100% |
| Radiographs | 100% | 100% |
| Lab and Other Diagnostic Tests | 100% | 100% |
| **Preventive Services** | | |
| Dental Prophylaxis (Cleaning) | 100% | 100% |
| Fluoride Treatment | 100% | 100% |
| Sealants | 100% | 100% |
| Space Maintainers | 100% | 100% |
| **Basic Services** | | |
| Restorations (Amalgams or Composite) | 80% | 80% |
| Emergency Treatment/General Services | 80% | 80% |
| Simple Extractions | 80% | 80% |
| **Major Services** | | |
| Oral Surgery (incl. surgical extractions) | 50% | 50% |
| Periodontics | 50% | 50% |
| Endodontics | 50% | 50% |
| Inlays/Onlays/Crowns | 50% | 50% |
| Dentures and Removable Prosthetics | 50% | 50% |
| Fixed Partial Dentures (Bridges) | 50% | 50% |
| **Deductible** | $50/$150 | $50/$150 |
| Deductible applies to Prev. & Diag. | No | No |
| Annual Max | $1,200 | $1,200 |
| Waiting Period | None | |
| Out of Network Basis | UCR 90th | |

