# Exhibit 5

Avrumi Friedman
Director of Cost Containment



14 Wall Street
Suite 5B
New York, NY 10005
O: (212) 278-0754 ext. 1157
F: (646) 559-1810

**From:** Gretchen Cox <gcox@theprovidencegroups.com>
**Sent:** Wednesday, May 13, 2020 9:49 AM
**To:** Al Holifield <aholifield@holifieldlaw.com>; Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Cc:** Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

[EXTERNAL]

Avrumi,

We are asking that you send the necessary reports showing how much was paid in both plan years broken down by fixed costs and claims and that will be able to demonstrate the delta. We need the most up to date outstanding claims as our owners are wanting the most current information. Please send the reports we have been requesting for a month now.

Thanks,

Gretchen Cox, RN, BSN

Director of Education
PRSGlobal
615-513-2444 cell
www.prsglobal.com



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or telephone and delete the message. Thank you for your assistance.

**From:** Al Holifield <aholifield@holifieldlaw.com>
**Sent:** Wednesday, May 13, 2020 7:59 AM
**To:** Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Cc:** Gretchen Cox <gcox@theprovidencegroups.com>; Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group