# Exhibit 7

Kelly Mann

| | |
|---|---|
| **From:** | Avrumi Friedman <afriedman@leadingedgeadmin.com> |
| **Sent:** | Thursday, June 18, 2020 10:10 AM |
| **To:** | Al Holifield; Miriam Mercedes Ortiz; Carlo Fervil; Manny Yifat; Daniel Grun; Gretchen Cox; Stephanie Roberts |
| **Subject:** | RE: Information for paying claim |

Good Morning,

We are discussing this internally and should have more information for you next week.

Thank you for your patience.

Respectfully,

Avrumi Friedman
Director of Cost Containment



14 Wall Street
Suite 5B
New York, NY 10005
O: (212) 278-0754 ext. 1157
F: (646) 582-1412

**From:** Al Holifield <aholifield@holifieldlaw.com>
**Sent:** Thursday, June 18, 2020 9:47 AM
**To:** Avrumi Friedman <afriedman@leadingedgeadmin.com>; Miriam Mercedes Ortiz <mortiz@leadingedgeadmin.com>; Carlo Fervil <CFervil@leadingedgeadmin.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>; Gretchen Cox <gcox@theprovidencegroups.com>; Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** FW: Information for paying claim

[EXTERNAL]

Anyone,

What do we have to do get the information needed?   Withholding data to get participant claims paid is causing a problem.

**Al Holifield, Member**
Holifield & Janich, PLLC  •  11907 Kingston Pike, Suite 201  •
Knoxville, Tennessee  37934
Phone:  865.566.0115  •  Fax:  865.566.0119  •  www.holifieldlaw.com

1

# Holifield & Janich
## PLLC

Note: This e-mail may contain CONFIDENTIAL information that is (a) ATTORNEY-CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) named herein. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone or reply e-mail.

**From:** Al Holifield
**Sent:** Wednesday, June 17, 2020 2:11 PM
**To:** Avrumi Friedman <afriedman@leadingedgeadmin.com>; mortiz@leadingedgeadmin.com; cfervil@leadingedgeadmin.com; myifat@leadingedgeadmin.com; dgrun@leadingedgeadmin.com
**Cc:** Gretchen Cox <gcox@theprovidencegroups.com>; Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** Information for paying claim

Avrumi,

We need the information to pay the remaining the outstanding health claims. When are you available to discuss the transition of the data?

**Al Holifield, Member**
Holifield & Janich, PLLC   •   11907 Kingston Pike, Suite 201   •
Knoxville, Tennessee  37934
Phone:  865.566.0115   •   Fax:  865.566.0119   •   www.holifieldlaw.com



# Holifield & Janich
## PLLC

Note: This e-mail may contain CONFIDENTIAL information that is (a) ATTORNEY-CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) named herein. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone or reply e-mail.