# Exhibit 9

Kelly Mann

| | |
|---|---|
| **From:** | Al Holifield <aholifield@holifieldlaw.com> |
| **Sent:** | Tuesday, July 14, 2020 4:00 PM |
| **To:** | Avrumi Friedman; Manny Yifat; Daniel Grun |
| **Cc:** | Gretchen Cox; Stephanie Roberts |
| **Subject:** | RE: The Providence Group |

Avrumi,

We have been asking for the data since June 1, 2020.

**Al Holifield, Member**
Holifield & Janich, PLLC • 11907 Kingston Pike, Suite 201 •
Knoxville, Tennessee 37934
Phone: 865.566.0115 • Fax: 865.566.0119 • www.holifieldlaw.com

Holifield & Janich PLLC

Note: This e-mail may contain CONFIDENTIAL information that is (a) ATTORNEY-CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) named herein. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone or reply e-mail.

**From:** Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Sent:** Tuesday, July 14, 2020 3:53 PM
**To:** Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>; Al Holifield <aholifield@holifieldlaw.com>
**Cc:** Gretchen Cox <gcox@theprovidencegroups.com>; Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** Re: The Providence Group

Hi,
Our lack of communication is not an indication of any dilatory action. We have sent claims reports to Providence multiple times requesting payment, and those are the claims that need to be funded. As previously mentioned, we were working with our software vendor to reprocess the claims to accurately reflect the current status and we can only provide the information when they have completed their process. We anticipate a final report being available by Friday.