# Exhibit 10

Kelly Mann

| | |
|---|---|
| From: | Gretchen Cox <gcox@theprovidencegroups.com> |
| Sent: | Friday, July 17, 2020 12:20 PM |
| To: | Avrumi Friedman; Al Holifield; Manny Yifat; Daniel Grun |
| Cc: | Stephanie Roberts |
| Subject: | RE: The Providence Group |

Avrumi,

On the PHGOPENCLAIM spreadsheet, these are the billed amounts. In the past, the allowable amount minus patient responsibility was included. Is there a reason that was left off this spreadsheet?

Thanks,

Gretchen Cox, RN, BSN

Director of Education
PRSGlobal
615-513-2444 cell
www.prsglobal.com



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or telephone and delete the message. Thank you for your assistance.

**From:** Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Sent:** Friday, July 17, 2020 10:53 AM
**To:** Gretchen Cox <gcox@theprovidencegroups.com>; Al Holifield <aholifield@holifieldlaw.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>
**Cc:** Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

Just sent.

Respectfully,

Avrumi Friedman
Director of Cost Containment



14 Wall Street
Suite 5B
New York, NY 10005

1

O: (212) 278-0754 ext. 1157
F: (646) 582-1412

**From:** Gretchen Cox <gcox@theprovidencegroups.com>
**Sent:** Friday, July 17, 2020 11:52 AM
**To:** Avrumi Friedman <afriedman@leadingedgeadmin.com>; Al Holifield <aholifield@holifieldlaw.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>
**Cc:** Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

[EXTERNAL]

Thank you and I am assuming it will have provider information?


Thanks,

Gretchen Cox, RN, BSN

Director of Education
PRSGlobal
615-513-2444 cell
www.prsglobal.com



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or telephone and delete the message. Thank you for your assistance.

**From:** Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Sent:** Friday, July 17, 2020 10:50 AM
**To:** Gretchen Cox <gcox@theprovidencegroups.com>; Al Holifield <aholifield@holifieldlaw.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>
**Cc:** Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

You should receive a claims listing via secured email within the next couple of minutes.


Respectfully,

Avrumi Friedman
Director of Cost Containment


14 Wall Street

2

Suite 5B
New York, NY 10005
O: (212) 278-0754 ext. 1157
F: (646) 582-1412

**From:** Gretchen Cox <gcox@theprovidencegroups.com>
**Sent:** Friday, July 17, 2020 11:49 AM
**To:** Avrumi Friedman <afriedman@leadingedgeadmin.com>; Al Holifield <aholifield@holifieldlaw.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>
**Cc:** Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

[EXTERNAL]

Avrumi,

Will we be receiving the information today? I have providers that I need to work with.

Thanks,

Gretchen Cox, RN, BSN

Director of Education
PRSGlobal
615-513-2444 cell
www.prsglobal.com



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or telephone and delete the message. Thank you for your assistance.

**From:** Avrumi Friedman <afriedman@leadingedgeadmin.com>
**Sent:** Tuesday, July 14, 2020 3:01 PM
**To:** Al Holifield <aholifield@holifieldlaw.com>; Manny Yifat <myifat@leadingedgeadmin.com>; Daniel Grun <DGrun@leadingedgeadmin.com>
**Cc:** Gretchen Cox <gcox@theprovidencegroups.com>; Stephanie Roberts <sroberts@holifieldlaw.com>
**Subject:** RE: The Providence Group

We anticipate a final report by Friday.

Respectfully,

Avrumi Friedman
Director of Cost Containment