UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
THE PROVIDENCE GROUPS, LLC,

                Plaintiff,

                -against-

OMNI ADMINISTRATORS INC. d/b/a LEADING EDGE ADMINISTRATORS,

                Defendant.
-----------------------------------------------------------------------X

**DECLARATION OF KENNETH C. MURPHY**

Index No.: 20-CV-05067-FB-SJB

**KENNETH C. MURPHY** hereby declares the truth of the following, subject to the penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Rivkin Radler LLP, and one of the attorneys for Omni Administrators, Inc. d/b/a Leading Edge Administrators ("**LEA**"). I was admitted to practice before the Bar in the State of New York in 1996 and before this Honorable Court in 2003.

2. I submit this declaration in opposition to the motion for an Order to Show Cause (ECF No. 6-7) filed by Plaintiff, The Providence Groups, LLC ("**Providence**"), which seeks a Court Order:

> Directing LEA to provide a full accounting of its administration of the Providence health benefit plan, including a reconciliation of all funding provided by Providence, all claims paid, and all claims submitted to an (sic.) paid by the stop loss insurer for the plan, within fifteen days of the issuance of any order granting this application.[1]

---

[1] ECF No. 5

3. By way of its recent motion, Providence seeks a mandatory preliminary injunction in its favor and against LEA. I am filing herewith and in opposition to that motion a memorandum of law and the declaration of Avrumi Friedman, dated November 6, 2020 and the exhibits attached thereto ("**Friedman Dec**").

4. On this day, I emailed to counsel of record to Providence, at email addresses in which I have previously corresponded with Providence's counsel, the Friedman Spreadsheet as reference in the memorandum of law and the Friedman Dec.

          Respectfully Submitted,p

          RIVKIN RADLER LLP
          Attorneys for Defendants

By: *Kenneth C. Murphy*
          KENNETH C. MURPHY (KM 9330).
          926 RXR Plaza, 10th Floor
          Uniondale, NY 11556-0926
          (516) 357-3000

Dated: November 6, 2020
Nassau County, New York