**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
THE PROVIDENCE GROUP LLC,

                       Plaintiff,                  **Case No.: 1:20-cv-05067**

       -against-                   **DECLARATION OF**
                                                          **KENNETH C. MURPHY, ESQ.**

OMNI ADMINSTRATORS INC. d/b/a/ LEADING
EDGE ADMINISTRATORS,
                       Defendants.
------------------------------------------------------------------X

      **KENNETH C. MURPHY** hereby declares the truth of the following, subject to the penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a partner at Rivkin Radler LLP, and one of the attorneys for Omni Administrators, Inc. d/b/a Leading Edge Administrators ("**LEA**"). I was admitted to practice before the Bar in the State of New York in 1996 and before this Honorable Court in 2003.

      2.    I submit this declaration in support of LEA's motion seeking an order (a) pursuant to Rule 12(b)(6) dismissing Count I (Breach of Fiduciary Duties Under 29 U.S.C. § 1109 (ERISA § 409)), and Count II (Claim for Equitable Accounting Arising Under 29 U.S.C. § 1132; ERISA § 502(a)(3) and the AGREEMENT) of Plaintiff's Complaint; and (b) granting LEA such other and further relief as this Court deems just and proper.

      3.    I am filing herewith and in support of LEA's a motion a memorandum of law and the exhibits attached thereto.

                                        Respectfully Submitted,

                                        RIVKIN RADLER LLP
                                        Attorneys for Defendants

By:  *Kenneth C. Murphy*
       Kenneth C. Murphy (KM 9330).
       926 RXR Plaza, 10th Floor
       Uniondale, NY 11556-0926
       (516) 357-3000

Uniondale, New York
Dated: February 2, 2021