UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PROVIDENCE GROUPS, LLC,

                           Plaintiff,

             -against-

OMNI ADMINSTRATORS INC. d/b/a/ LEADING
EDGE ADMINISTRATORS,

                          Defendant.

Index No.: 1:20-cv-5067 (FB-SJB)

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties in this action that Plaintiff THE PROVIDENCE GROUPS, LLC may file the Amended Complaint attached hereto as Exhibit A. By way of entering this stipulation, Defendant OMNI ADMINISTRATORS d/b/a LEADING EDGE ADMINISTRATORS ("LEA") does not acknowledge the accuracy or truth of any of the facts set forth in the Amended Complaint of the claims set forth therein, but does hereby agree to permit filing of the same in absence of a motion.

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties in this action that LEA shall file an Answer or otherwise move with respect to the Amended Complaint by March 7, 2022.

2

        Dated: Uniondale, New York
        January 31, 2022

        RIVKIN RADLER LLP
        OMNI ADMINSTRATORS INC. d/b/a/
        LEADING EDGE ADMINISTRATORS

        _____
        BRIAN L. FELD, ESQ.
        926 RXR Plaza
        Uniondale, New York 11556-0926
        (516) 357-3000
        *Attorneys for Defendant*


        MORRISON COHEN LLP
        By: ____/s/ Jay R. Speyer_____
        Jay R. Speyer
        909 Third Avenue
        New York, New York 10022
        (212) 735-8600
        jspeyer@morrisoncohen.com
        crose@morrisoncohen.com

        -and-

        HOLIFIELD & JANICH, PLLC
        By: ____/s/ Al Holifield_____
        Al Holifield (PRO HAC VICE)
        11907 Kingston Pike, Suite 201
        Knoxville, Tennessee 37934
        (865) 566-0115
        aholifield@holifieldlaw.com
        *Attorneys for Plaintiff*


4896-2379-0092, v. 1