UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
THE PROVIDENCE GROUPS, LLC, and THE : Case No. 1:20-cv-05067-FB-SJB
PROVIDENCE HEALTH GROUP, LLC, :
:
                Plaintiffs, :
:
                v. :
:
OMNI ADMINISTRATORS INC. d/b/a/ LEADING :
EDGE ADMINISTRATORS, :
:
and :
:
GCG FINANCIAL, LLC, :
:
                Defendants.
------------------------------------------------------------------ X

## JOINT STIPULATION AND ORDER

Plaintiffs The Providence Groups, LLC, and The Providence Health Group, LLC (collectively "Providence"), and Defendants Omni Administrators, Inc. d/b/a Leading Edge Administrators and GCG Financial, LLC, by and through their respective undersigned counsel and at the Court's direction, hereby stipulate and agree to the following, subject to approval and entry by the Court:

1. Providence and Omni Administrators, Inc. shall each produce all documents produced by the respective parties in this matter and provide all deposition transcripts to GCG by April 15, 2022.

2. Fact discovery between Providence and Leading Edge Administrators is to be completed by July 31, 2022.

3. The first requests for production of documents and interrogatories by GCG Financial, LLC are due by April 29, 2022.

4. Fact discovery conducted by GCG Financial, LLC shall be completed by October 31, 2022.

5. All discovery, including expert discovery, to be completed by all parties by December 31, 2022.

6. The parties have agreed to attend a settlement conference before Magistrate Judge Sanket J. Bulsara on July 26, 2022 at 10:30 a.m. .

Dated: March 24, 2022

**MORRISON COHEN LLP**

By: _____/s/ Jay R. Speyer_____
     Jay R. Speyer

909 Third Avenue
New York, New York 10022
(212) 735-8600
jspeyer@morrisoncohen.com

    -and-

**HOLIFIELD & JANICH, PLLC**

By: _____/s/ Al Holifield_____
     Al Holifield (PRO HAC VICE)

11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
(865) 566-0115
aholifield@holifieldlaw.com

*Attorneys for Plaintiff*

**RIVKIN RADLER LLP**

By:    /s/ Kenneth C. Murphy
     Barry I. Levy
     Kenneth C. Murphy

926 RXR Plaza, 10th Floor
Uniondale, NY 11556-0926
(516) 357-3000
casey.murphy@rivkin.com

*Attorneys for Defendant Omni Administrators d/b/a Leading Edge Administrators*

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By:    /s/ Lorin A. Donnelly
     Lorin A. Donnelly

1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4013
ldonnelly@milbermakris.com

*Attorney for GCG Financial, LLC*

## ORDER

IT IS SO ORDERED by this Court, this _____ day of _____.

_____
Hon. Sanket J. Bulsara

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing Joint Stipulation and Order was filed electronically and that it is available for viewing and downloading on the Court's CM/ECF system by the parties.

Dated: March 24, 2022.

**HOLIFIELD & JANICH, PLLC**

By: ‎ /s/ Al Holifield
Al Holifield (PRO HAC VICE)

11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
(865) 566-0115
aholifield@holifieldlaw.com
*Attorney for Plaintiff*

4890-9597-8520, v. 1