**Holifield & Janich PLLC**

Al Holifield, Member
11907 Kingston Pike, Suite 201 · Knoxville, TN 37934

Email: aholifield@holifieldlaw.com
Phone: 865.566.0115
Fax: 865.566.0119 · Web: www.holifieldlaw.com

January 3, 2023

<u>**VIA ECF**</u>

Hon. Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:   <u>The Providence Groups, LLC and The Providence Health Group, LLC v. Omni Administrators, Inc. d/b/a Leading Edge Administrators and GCG Financial, LLC (1:20-cv-05067 (FB) (SJB)</u>

Dear Magistrate Bulsara:

I am counsel to The Providence Groups, LLC and The Providence Health Group, LLC ("Providence") in the above-referenced matter. The Fifth Circuit Court of Appeals has scheduled oral argument for my case the week of March 6, 2023. The notice specifically states in bold and all caps that **"GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."** I have discussed moving the Status Conference hearing with opposing counsel and neither object to moving the status conference to a later date in March. For this reason, I am requesting that this Court reschedule the status conference currently scheduled for March 6, 2023 at 1:30 p.m. to a date after March 13, 2023.

A proposed order to this effect is attached herewith. Thank you in advance for your time and consideration of this request.

Very truly yours,

HOLIFIELD & JANICH, PLLC

By: _____
      Al Holifield

cc:    Kenneth C. Murphy, Attorney for Defendant, LEA
       Lorin A. Donnelly, Attorney for Defendant, GCG

4893-0959-5962, v. 4