UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE PROVIDENCE GROUPS, LLC and THE
PROVIDENCE HEALTH GROUP, LLC,

                Plaintiffs,

        v.

OMNI ADMINSTRATORS INC. d/b/a/ LEADING
EDGE ADMINISTRATORS,

                Defendant.

Case No.: 1:20-cv-5067 (FB-SJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the respective attorneys of record for the parties THE PROVIDENCE GROUP, LLC and THE PROVIDENCE HEALTH GROUP, LLC, to the above-entitled action, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims alleged by THE PROVIDENCE GROUP, LLC and THE PROVIDENCE HEALTH GROUP, LLC (collectively "**Providence**") against OMNI ADMINSTRATORS, INC. d/b/a/ LEADING EDGE ADMINISTRATORS ("**LEA**") and all counterclaims in this action as asserted by LEA against Providence be, and the same hereby are, discontinued and dismissed, with prejudice, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and electronic and/or facsimile signatures shall have the same force and effect as originals. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 17, 2023

**HOLIFIELD & JANICH, PLLC**
*Attorneys for Plaintiffs*
*The Providence Groups, LLC, and*
*The Providence Health Group, LLC*

By: *[signature]*
Al Holifield, Esq.
11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
(865)566-0115
aholifield@holifieldlaw.com

**RIVKIN RADLER, LLP**
*Attorneys for Defendant*
*Omni Administrators, Inc., d/b/a*
*Leading Edge Administrators*

By: *[signature]*
Kenneth E. Murphy, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3154
casey.murphy@rivkin.com

4887-8193-8527, v. 1