# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
### ATTORNEYS AT LAW

1000 Woodbury Road      Suite 402      Woodbury, NY 11797
Telephone: 516.712.4000      Fax: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

July 20, 2023

**VIA ECF**

The Honorable Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *The Providence Groups, LLC, and The Providence Health Group, LLC v. Omni*
> *Administrators, Inc. d/b/a Leading Edge Administrators and GCG Financial, LLC*
> Docket No.:    1:20-cv-05067-FB-SJB
> Our File No.:   921-21924
> **Selection and Date of Mediation**

Dear Honorable Judge Block:

This firm is legal counsel for the Defendant, GCG Financial, LLC, ("GCG") in connection with the above-referenced matter. This correspondence is submitted jointly by counsel for GCG and counsel for the Plaintiffs, The Providence Groups, LLC, and The Providence Health Group, LLC.

The parties have selected Richard P. Byrne, Esq., as the mediator for this case. The mediation is scheduled for December 15, 2023 at 8:00 a.m. The mediation will be held remotely.

Should the Court require any further information, please do not hesitate to contact the parties.

Very truly yours,

*Lorin A. Donnelly*

Lorin A. Donnelly

LAD:lm

WOODBURY, NEW YORK    ▪    PURCHASE, NEW YORK

NEW JERSEY   ▪   CONNECTICUT   ▪   FLORIDA   ▪   PENNSYLVANIA

cc:  **VIA ECF**

Jay R. Speyer, Esq.
Morrison Cohen LLP
*Attorneys for Plaintiff*
909 Third Avenue
New York, New York 10022

-and-

Holifield & Janich, PLLC
Al Holifield, Esq. (*PRO HAC VICE*)
11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934

Barry I. Levy, Esq.
Kenneth C. Murphy, Esq.
Brian L. Feld, Esq.
Rivkin Radler LLP
*Attorneys for Defendant*
*OMNI ADMINISTRATORS INC.*
926 RXR Plaza
Uniondale, New York 10176