

Al Holifield, Member
11907 Kingston Pike, Suite 201 · Knoxville, TN 37934

Email:aholifield@holifieldlaw.com
Phone: 865.566.0115
Fax: 865.566.0119 · Web: www.holifieldlaw.com

March 29, 2024

**VIA ECF**
The Honorable Natasha C. Merle
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:* *The Providence Groups, LLC, and The Providence Health Group, LLC v. Omni Administrators, Inc. d/b/a Leading Edge Administrators and GCG Financial, LLC*
Docket No.: 1:20-cv-05067-FB-SJB
**Request to Extend Deadline for Mediation**

Dear Honorable Judge Merle:

This firm is legal counsel for the Plaintiffs, The Providence Groups, LLC, and The Providence Health Group, LLC (collectively, "Providence") in connection with the above-referenced matter. This correspondence is submitted jointly by counsel for Providence, and the Defendant, GCG Financial, LLC.

When this matter was previously assigned to the Hon. Frederic Block, the parties agreed to mediate this case with Richard Byrne, Esq., through the EDNY's ADR program, and a mediation was scheduled for December 15, 2023. Unfortunately, Mr. Byrne became ill, and the mediation did not occur. We requested that Judge Block extend the deadline to complete the mediation from December 31, 2023 to April 1, 2024 to give the parties time to schedule and complete the mediation with Mr. Byrne.

We were thereafter advised by the ADR Administrator that Mr. Byrne is no longer able to serve as mediator and that a new mediator needed to be selected. The parties are currently working on selecting a mediator and scheduling the mediation.

The purpose of this letter is to request an extension in time to complete the mediation from April 1, 2024 to July 1, 2024. This extension will give the parties time to select, schedule and complete the mediation.

This will not impact any deadlines as all motion practice was stayed by Judge Block, and no other conferences have been scheduled.

This is the third request for an extension in time to complete the mediation. We thank this Honorable Court for its time and consideration.

Respectfully,

HOLIFIELD & JANICH, PLLC

By: /s/ Al Holifield______
Al Holifield
*Attorney for The Providence Groups, LLC*

cc: **VIA ECF**

Jay R. Speyer, Esq.
Morrison Cohen LLP
*Attorneys for Plaintiff*
909 Third Avenue
New York, New York 10022

Barry I. Levy, Esq.
Kenneth C. Murphy, Esq.
Brian L. Feld, Esq.
Rivkin Radler LLP
*Attorneys for Defendant*
*OMNI ADMINISTRATORS INC.*
926 RXR Plaza
Uniondale, New York 10176

Lorin A. Donnelly, Esq.
*Attorneys for Defendant*
*GCG Financial, LLC*
1000 Woodbury Road
Suite 402
Woodbury, New York 11797