**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

THE PROVIDENCE GROUPS, LLC and THE
PROVIDENCE HEALTH GROUP, LLC,

                Plaintiffs,

         v.

GCG FINANCIAL, LLC,

                Defendant.

----------------------------------------------------------------X

Case No.: 1:20-cv-5067 (FB-SJB)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the respective attorneys of record for the parties THE PROVIDENCE GROUP, LLC and THE PROVIDENCE HEALTH GROUP, LLC, to the above-entitled action, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims alleged by THE PROVIDENCE GROUP, LLC and THE PROVIDENCE HEALTH GROUP, LLC (collectively **"Providence"**) against GCG FINANCIAL, LLC (**"GCG"**) hereby are discontinued and dismissed with prejudice without costs to either party as against the other.

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and electronic and/or facsimile signatures shall have the same force and effect as originals. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~June~~ July 8th, 2024

                       [SIGNATURES ON NEXT PAGE]

**HOLIFIELD & JANICH, PLLC**
*Attorneys for Plaintiffs*
*The Providence Groups, LLC, and*
*The Providence Health Group, LLC*


By: _____
Al Holifield, Esq.
11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
(865)566-0115
aholifield@holifieldlaw.com

**MILBER MAKRIS PLOUSADIS &**
**SEIDEN, LLP**
*Attorneys for Defendant*
*GCG Financial, LLC*


By: _____
Lorin A. Donnelly, Esq.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4013
ldonnelly@milbermakris.com